IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2025 SEP 18 AM 8:53
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO: EP:25-MJ-5128-ATB |
| § | |
| EMETERIO LOPEZ-SANCHEZ § | |

**WAIVER OF PRELIMINARY HEARING**
**AND/OR DETENTION HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)
**PRELIMINARY HEARING**

I, EMETERIO LOPEZ-SANCHEZ, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, EMETERIO LOPEZ-SANCHEZ, el inculpado en una acusación pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliéndose con el reglamento 5 o 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio (abandono) a mi derecho a una audiencia preliminar.

_Emeterio Lopez Son._
**DEFENDANT**

**DETENTION HEARING**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

También me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibirá pruebas para poder determinar si seguiré detenido sin fianza, o si me fijarán fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguiré detenida sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_9/18/25_                                    _Emeterio Lopez Son._
**DATE**                                     **DEFENDANT**

                                             _____
                                             **COUNSEL FOR DEFENDANT**